UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ELLIOT,

    Plaintiff,

  v.

DEPARTMENT OF CORRECTIONS,

    Defendant.

Case No. C06-5178FDB

ORDER DENYING PLAINTIFF'S MOTION TO CONSOLIDATE

Plaintiff moves to consolidate this cause of action with *James Elliot v. Monroe Correctional Complex*, C06-474RSL. The Department of Corrections case before this court asserts violations of the Americans with Disabilities Act in that the number of conditions imposed by the DOC discriminates against Plaintiff because of his disability (developmental disability and cerebral palsy), he was not provided reasonable accommodation.

Plaintiff's cause of action against the Monroe Correctional Complex claims discriminatory practices under the ADA by the Defendant in placing him in the general population rather than in minimum security and in placing him into segregation at least two times.

The Court is not convinced that these cases should be consolidated as the claims involve actions by different entities.

ACCORDINGLY, IT IS ORDERED: Plaintiff's Motion to Consolidate [Dkt. # 7] is DENIED.

DATED this 6th day of July, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1